IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD H. FREEMAN, | : | Case No. 4:14-CV-01581 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| ACTING COMMISSIONER OF | : | |
| SOCIAL SECURITY | : | |
| | : | |
| Defendant. | : | |

**ORDER**

June 15, 2015

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Commissioner's decision denying Ronald H. Freeman's application for social security disability insurance benefits is vacated and the case remanded to the Commissioner with instructions to conduct a new administrative hearing.

2. The Clerk of Court shall enter judgment in favor of Ronald H. Freeman and against the Commissioner of Social Security.

3. The Clerk of Court shall close this case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge